**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

FRANK PERRELLI

     v.                                Civil No. 3:02CV531(JBA)

JOHN BURKE

## **JUDGMENT**

This matter came on for consideration on the defendant's motion for summary judgment before the Honorable Janet Bond Arterton, United States District Judge.

The Court has reviewed all of the papers filed in conjunction with the motion and on December 31, 2003, entered a Ruling on Defendant's Motion for Summary Judgment granting the relief.

It is therefore ORDERED and ADJUDGED that judgment is entered for the defendant, John Burke, and the case is closed.

Dated at New Haven, Connecticut, this 31st day of December, 2003.

                                                       KEVIN F. ROWE, CLERK
                                                       By     /s/

                                                              Lori Inferrera
                                                              Deputy-in-Charge

EOD: _____